**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for all Plaintiffs

SUSANA ALCALA WOOD, City Attorney ( SBN 156366)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone:  (916) 808-5346
Facsimile:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and JOSHUA DOBSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG K. SAETEURN; MEUY SAECHAO; NAI SAETEURN; KELLY TEURN; and SANDY SAETEURN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSHUA DOBSON; CITY OF SACRAMENTO; and DOES 1-5,<br><br>Defendants.<br>_____/ | NO. 2:20-CV-1754 KJM KJN<br><br>**STIPULATION AND ORDER TO CHANGE THE SETTLEMENT CONFERENCE DATE** |

The parties by and through their respective counsel and subject to the approval of this

Court, hereby stipulate and respectfully request the following modification of the minute order at Dkt. # 9: That the settlement conference currently set for April 6, 2021 at 9:00 a.m. in Courtroom 25 with Judge Newman be moved to May 18, 2021 at 9:00 a.m. in Courtroom 25 with Judge Newman.

The parties contend that there is good cause for this request for the following reasons:

1. There is written discovery which has already been propounded but not yet responded to as well as a deposition which needs to occur before the defendant can fairly evaluate the case for settlement purposes.
2. Plaintiffs' counsel will be unavailable for medical reasons from March 15, 2021 through March 31, 2021.
3. Defendants' counsel will be unavailable starting March 15, 2021 to address a serious family matter.

Dated: March 13 , 2021

/s/ Stewart Katz
STEWART KATZ

Attorney for Plaintiff

Dated: March 13, 2021

/s/ Andrea M. Velasquez
ANDREA M. VELASQUEZ
Attorneys for Defendants

**ORDER**

Good cause having been presented.

**It is so ordered.**

Dated: March 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE